IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: October 07, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22327

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Bobby C. Anderson
        Debtor.
_____

Wells Fargo Bank, N.A.
        Movant,
   vs.

Bobby C. Anderson, Debtor, Maureen Gaughan, Trustee.

        Respondents.

No. 2:10-BK-25009-RJH

Chapter 7

ORDER

(Related to Docket #9)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 22, 2007 and recorded in the office of the MARACOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Bobby C. Anderson has an interest in, further described as:

> THE FOLLOWING DESCRIBED PROPERTY SITUATED IN THE
> COUNTY OF MARICOPA, STATE OF ARIZONA, TO WIT:
> UNIT 2067, THE VILLAGES AT PARK CENTRE, ACCORDING TO
> DECLARATION OF CONDOMINIUM RECORDED IN DOCUMENT NO.
> 2004-200804 AND RE-RECORDED IN DOCUMENT NO. 2004-
> 258204, AND PLAT RECORDED IN BOOK 305 OF MAPS, PAGE
> ~2, RECORDS OF MARICOPA COUNTY, ARIZONA.
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON
> ELEMENTS AS SET FORTH IN SAID DECLARATION AND PLAT
> AND ANY ANNEXATIONS THERETO.
> BEING THE SAME PROPERTY CONVEYED TO BOBBY C. ANDERSON
> BY DEED FROM MIC VILLAGES, L.L.C. RECORDED 04/28/2005
> IN DEED DOCUMENT 20050553365, IN THE COUNTY
> RECORDER'S OFFICE OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.